DANIEL A. KING, SBN 258524
PIONEER LAW GROUP, LLP
1122 S Street
Sacramento, CA 95811
Telephone: (916) 287-9500
Facsimile: (916) 287-9515
Email:  dan@pioneerlawgroup.net
           jay@pioneerlawgroup.net
Attorneys for Defendants,
FIRST CALIFORNIA INVESTMENTS,
A California General Partnership

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON,<br><br>     Plaintiff,<br><br>v.<br><br>FIRST CALIFORNIA INVESTMENTS, A California General Partnership; STARBUCKS CORPORATION, A Washington Corporation; and Does 1-10<br><br>     Defendants. | CASE NO. 2:18-CV-02472-TLK-KJN<br><br>**STIPULATION TO EXTEND TIME FOR DEFENDANT TO FILE AN ANSWER TO INITIAL COMPLAINT BY NOT MORE THAN 28 DAYS (L.R. 144(a))**<br><br>Complaint Served:  September 14, 2018<br>Current Response Date: October 5, 2018<br>New Response Date: November 2, 2018<br><br>Trial Date: TBD<br>District Judge: Hon. Troy L. Nunley |

# STIPULATION AND REQUEST TO EXTEND TIME TO FILE AN ANSWER TO INITIAL COMPLAINT

Plaintiff SCOTT JOHNSON ("Plaintiff"), and Defendants FIRST CALIFORNIA INVESTMENTS ("Defendant") jointly stipulate to extend the time for Defendant to file an answer to the initial complaint from October 5, 2018, to November 2, 2018.

IT IS SO STIPULATED.

Respectfully Submitted,

Dated: October 5, 2018                    PIONEER LAW GROUP LLP

By: ___/s/_ Daniel A. King_____
DANIEL A. KING,
Attorneys for Defendants
FIRST CALIFORNIA INVESTMENTS

Dated: October 5, 2018                    CENTER FOR DISABILITY ACCESS

By: /s/ Phyl Grace_____
PHYL GRACE,
Attorneys for Plaintiff
SCOTT JOHNSON

## **SIGNATURE ATTESTATION**

I hereby attest that all signatories listed above, on whose behalf this stipulation is submitted, concur in the filing's content and have authorized the filing.

Dated: October 5, 2018      By: _/s/_ Daniel A. King_____
                           DANIEL A. KING
                           Attorneys for Defendant
                           FIRST CALIFORNIA INVESTMENTS