# UNITED STATES DISTRICT COURT

EASTERN **District of** CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON<br>Plaintiff (s), | **CONSENT ORDER GRANTING SUBSTITUTION OF ATTORNEY** |
| V. | |
| FIRST CALIFORNIA INVESTMENTS, et al.<br>Defendant (s), | CASE NUMBER: 2:18-CV-02472-TLN-KJN |

Notice is hereby given that, subject to approval by the court, __First California Investments__ substitutes
(Party (s) Name)

__Jessica A. Robison__, State Bar No. __220846__ as counsel of record in place
(Name of New Attorney)

place of __Daniel A. King__.
(Name of Attorney (s) Withdrawing Appearance)

Contact information for new counsel is as follows:

Firm Name: Trainor Fairbrook

Address: 980 Fulton Avenue, Sacramento, California 95825

Telephone: (916) 929-7000   Facsimile (916) 929-7111

E-Mail (Optional): jrobison@trainorfairbrook.com

I consent to the above substitution.                 First California Investments, a California general partnership

Date: 1/31/19                                                              s/s Marc D. Wolfe
                                                                                   (Signature of Party (s))

I consent to being substituted.                         Daniel A. King

Date: 2/5/19                                                                /s/ Daniel A. King
                                                                                   (Signature of Former Attorney (s))

I consent to the above substitution.                 Jessica A. Robison

Date: 1/30/19                                                              /s/ Jessica A. Robison
                                                                                   (Signature of New Attorney)

The substitution of attorney is hereby approved and so ORDERED.

Date: March 8, 2019

                                                                                   Judge

**[Note: A separate consent order of substitution must be filed by each new attorney wishing to enter an appearance.]**